NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WAG ACQUISITION, LLC,**
*Appellant*

**v.**

**THE WALT DISNEY COMPANY, DISNEY STREAMING SERVICES LLC, HULU, LLC, NETFLIX, INC., GOOGLE LLC, AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AMAZON.COM SERVICES LLC,**
*Appellees*

---

2024-1627, 2024-1628, 2024-1631, 2024-1632, 2024-1633, 2024-1634

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01227, IPR2022-01228, IPR2022-01412, IPR2022-01413, IPR2022-01430, IPR2022-01433.

---

## JUDGMENT

---

RONALD ABRAMSON, Liston Abramson LLP, New York, NY, argued for appellant. Also represented by ARI JASON JAFFESS.

STANLEY JOSEPH PANIKOWSKI, III, DLA Piper LLP (US), San Diego, CA, argued for appellees Walt Disney Company, Disney Streaming Services LLC, Hulu, LLC, Netflix, Inc.  Also represented by LARISSA S. BIFANO, Boston, MA.

J. DAVID HADDEN, Fenwick & West LLP, Mountain View, CA, argued for appellees Amazon.com, Inc., Amazon Web Services, Inc., Amazon.com Services LLC.  Also represented by JOHNATHAN CHAI, JOHNSON KUNCHERIA, SAINA S. SHAMILOV; BRIAN MICHAEL HOFFMAN, San Francisco, CA; KEVIN MCGANN, New York, NY; JONATHAN G. TAMIMI, Seattle, WA.

EAMONN GARDNER, Cooley LLP, Denver, CO, for appellee Google LLC.  Also represented by ORION ARMON; HEIDI LYN KEEFE, Palo Alto, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, WALLACH, and CHEN, *Circuit Judges*).

## AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 9, 2026
Date

Frances M. McNulty
Chief Deputy Clerk of Court